UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-61861-CIV-MARTINEZ/SNOW

JOCELYNE CASIMIR,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
    _____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

THIS MATTER is before the Court upon referral of this matter for a settlement conference before a United States Magistrate Judge by the Honorable Jose E. Martinez. Accordingly, it is hereby

ORDERED AND ADJUDGED that a SETTLEMENT CONFERENCE in this matter is scheduled to be held before the undersigned commencing at 10:00 a.m., Wednesday, October 13, 2021, via Zoom.

    1.    The Settlement Conference shall be attended by all the parties, corporate representatives, and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Conference may result in the undersigned's sua sponte recommendation that sanctions be entered against the offending party.

2. All parties are advised that all forms of equipment or means of photographing, audio-or video–recording, broadcasting or televising are prohibited while the Court is in session or at recess, in accordance with Local Rule 77.1.

3. All counsel, parties or persons participating shall provide their names, email addresses and phone numbers to snow@flsd.uscourts.gov no later than October 8, 2021. Counsel shall each provide one email with the requested information for themselves, and any clients/parties participating.

4. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

5. The parties shall each submit a brief Confidential Settlement Statement (not exceeding 3 pages)- outlining the outstanding issues, the party's position, the results of any any settlement negotiations held, and any other information which may be helpful- to snow@flsd.uscourts.gov. The statements by all parties shall be due no later than October 8, 2021, at 9 a.m.

6. The Conference will not be continued absent a written motion and a showing of compelling circumstances.

7. In the event this matter settles prior to the Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement should also be sent to chambers at snow@flsd.uscourts.gov. The

Conference shall be conducted without a court reporter and will not be tape recorded. All representatives and statements made at the Conference will remain confidential. If the parties do come to a final resolution, it may, at the request of the parties, be placed on the record.

8. In the event that a party or corporate representative does not speak English, be aware that the Court does not provide an interpreter in civil cases. As a result, any need for an interpreter must be arranged by the party requiring same. If an interpreter is required, it is the party's obligation to obtain a certified interpreter and it is the parties obligation to incur the cost for same.

9. Sanctions may be imposes for failure to follow any of the requirements of this Order.

10. Parties must connect to the Zoom conference ten minutes prior to the stated time of the hearing. The Zoom instructions are as follows,

Meeting ID: 160 077 0014
Passcode: 4343

DONE AND ORDERED at Fort Lauderdale, Florida this 5th day of October, 2021.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Jose E. Martinez
All Counsel of Record